**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

In re:

KLE Equipment Leasing LLC, et al.,[1]

Debtors.

Case No. 25-22922-gmh
Chapter 11 Proceedings
Jointly Administered

**NOTICE OF DEBTORS' MOTION TO APPROVE (i) TRANSFER OF COLLATERAL TO DE LAGE LANDEN FINANCIAL SERVICES, INC. IN FULL SATISFACTION OF ITS ALLOWED SECURED CLAIM AND (ii) STIPULATION RELATED TO THE TRANSFER**

**PLEASE TAKE NOTICE** that Olson Equipment Leasing, LLC ("Olson Equipment"), KLE Equipment Leasing LLC, ECI, Inc. and Kirk L. Ecklund (collectively, the "Debtors") have filed a motion, pursuant to § 363(b)(1) of the Bankruptcy Code and Fed. R. Bankr. P. 9019(a), for approval of (i) the transfer of collateral in which De Lage Landen Financial Services, Inc. ("DLL") has first priority perfected liens and is listed on Exhibit A to the motion ("DLL's Collateral") to DLL free and clear of all liens and encumbrances, except the liens of DLL, in full satisfaction of DLL's allowed secured claim and (ii) approval of a stipulation with DLL related to the transfer and its agreement as to plan terms on its allowed unsecured claims. A copy of the motion which has the stipulation attached to it accompanies this notice.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

---

[1] Jointly administered with Olson Equipment Leasing, LLC, (Case No. 25-22922-gmh), Wausau Office Space LLC, (Case No. 25-22923-gmh), Kirk L. Ecklund (Case No. 25-22927-gmh), ECI, Inc. (Case No. 25-22929-gmh) and Elite Carriers, Inc. (Case No. 25-2293-gmh). This motion relates to Olson Equipment Leasing, LLC, KLE Equipment Leasing LLC, ECI, Inc. and Kirk L. Ecklund.

If you do not want the Court to approve the Motion, or if you would like the Court to consider your views on it, then you or your attorney must object no later than **June 17, 2026,** by filing a copy of your objection with the Bankruptcy Clerk of Courts whose address is below and serve a copy to the Debtor's attorneys listed at the end of this notice.

U.S. Bankruptcy Courts
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 167
Milwaukee, WI 53202

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

If you do not want the Court to approve the Motion or if you would like the Court to consider your views on it, then in addition to filing the objection, **you or your attorney must also appear at any hearing** that the Court may schedule. If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order approving it without further notice or hearing.

Dated: May 27, 2026.

*/s/ Jerome R. Kerkman*
Jerome R. Kerkman
Kerkman & Dunn

Attorneys for the Debtors

Contact Information:

839 North Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: jkerkman@kerkmandunn.com