# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

**KLE Equipment Leasing LLC,** *et al.,*[1]

**Debtors.**

**Case No.: 25-22922-gmh**
**Chapter 11 Proceedings**
**Jointly Administered**

---

## CERTIFICATE OF SERVICE REGARDING DLL SETTLEMENT MOTION

I hereby certify that I am older than 18 years of age, an employee of Action Digital Document Solutions LLC, and on May 27, 2026, I sent the following documents to parties on the attached notice list.

**NOTICE OF DEBTORS' MOTION TO APPROVE (i) TRANSFER OF COLLATERAL TO DE LAGE LANDEN FINANCIAL SERVICES, INC. IN FULL SATISFACTION OF ITS ALLOWED SECURED CLAIM AND (ii) STIPULATION RELATED TO THE TRANSFER**

**DEBTORS' MOTION TO APPROVE (i) TRANSFER OF COLLATERAL TO DE LAGE LANDEN FINANCIAL SERVICES, INC. IN FULL SATISFACTION OF ITS ALLOWED SECURED CLAIM AND (ii) STIPULATION RELATED TO THE TRANSFER**

Dated: May 27, 2026.

*/s/ Jeffrey S. Crabb*
Jeffrey S. Crabb

Drafted by:

Kerkman & Dunn
839 N. Jefferson St., Suite 400
Milwaukee, WI 53202-3744
Phone: 414.277.8200
Facsimile: 414.277.0100
Email: sdwyer@kerkmandunn.com

---

[1] Jointly administered with Olson Equipment Leasing, LLC, (Case No. 25-22923-gmh), Wausau Office Space LLC, (Case No. 25-22925-gmh), Kirk L. Ecklund (Case No. 25-22927-gmh), ECI, Inc. (Case No. 25-22929-gmh) and Elite Carriers, LLC (Case No. 25-22931-gmh). This certificate applies to Olson Equipment Leasing, LLC, KLE Equipment Leasing LLC, ECI, Inc. and Kirk L. Ecklund.

Label Matrix for local noticing
0757-2
Case 25-22922-gmh
Eastern District of Wisconsin
Milwaukee
Wed May 27 09:53:25 CDT 2026

BMO Bank N.A.
GODFREY & KAHN, S.C.
100 West Lawrence
Appleton, WI 54911-5773

BMO Bank N.A., c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

CNH Industrial Capital America, LLC
700 State Street
Racine, WI 53404-3392

Cogent Analytics, Inc.
7027 Albert Pick Rd #300
Greensboro, NC 27409-9828

Daimler Truck Financial Services USA LLC
14372 Heritage Parkway, Suite 400
Fort Worth, TX 76177-3300

De Lage Landen Financial Services, Inc.
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654-4614

Elite Holdings, LLP
Ruder Ware, L.L.S.C.
402 Graham Ave., Ste 6
P.O. Box 187
Eau Claire, WI 54702-0187

Farm Credit Servicses of America, PCA
Amundsen Davis, LLC
318 S. Washington St., Ste. 300
Green Bay, WI 54301-4242

Fifth Third Bank, N.A.
c/o Cummisford Acevedo & Associates LLC
6260 S. Lake Dr., #1000
Cudahy, WI 53110-3234

KLE Equipment Leasing, LLC
6991 State Road 76
Neenah, WI 54956-9631

Kerkman & Dunn
839 N. Jefferson St.
Suite 400
Milwaukee, WI 53202-3744

Midland States Bank, through its servicer Or
Laffey, Sebranek, Auby & Ristau, S.C.
2 E. Mifflin St. Suite 701
Madision, WI 53703-4271

Mitsubishi HC Capital America, Inc.
Kent Carter/Gordon Rees
One North Wacker Drive
Suite 1600
Chicago, IL 60606-2874

PNC Bank, National Association, successor by
444 N MICHIGAN AVENUE
SUITE 3270
CHICAGO, IL 60611-3906

Premier Community Bank
230 Mavis Road
Marion, WI 54950-9215

Siemens Financial Services, Inc.
Beck, Chaet, Bamberger & Polsky, S.C.
330 East Kilbourn Avenue, Suite 1085
Milwaukee, WI 53202-3146

Wallwork Financial Corporation
Dennis Dressler
101 W. Grand Ave Ste. 404
Chicago, IL 60654-7129

Alerus Financial
Att: Current Officer
P.O. Box 64535
Saint Paul, MN 55164-0535

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Ascendance Truck Center
Att: Current Officer
P.O. Box 1150
Marshfield, WI 54449-7150

Ascendance Trucks
Att: Current Officer
6335 Packer Dr
Wausau, WI 54401-8389

(p)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

Atradius Collections Inc.
Att: Current Officer
3500 Lacey Rd Suite 220
Downers Grove, IL 60515-2481

Att: James F. Killian
225 South Sixth St, Suite 2900
Minneapolis, MN 55402-4609

Att: James F. Killian
Maslon LLP
225 South Sixth St, Suite 2900
Minneapolis, MN 55402-4609

BMO Bank N.A.
Seth Michael
50 South Sixth Street, Suite 1000
Minneapolis, MN 55402-1500

BMO Bank N.A. c/o AIS Portfolio Services, LL
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMO Harris Bank. N.A.
Att: Current Officer
111 W. Monroe St
Chicago, IL 60603-4096

BMO Harris Bank. N.A.
Att: Current Officer
P.O. Box 3114
Milwaukee, WI 53201-3114

BMO Harris Bank. N.A.
Att: Current Officer
P.O. Box 6201
Carol Stream, IL 60197-6201

BMO Harris Bank. N.A.
Att: Current Officer
P.O. Box 71951
Chicago, IL 60694-1951

BMO Harris Bank. N.A.
Att: President
P.O. Box 71810
Chicago, IL 60690-7206

Badger Utility, Inc.
Att: Current Officer
P.O. Box 8487
Madison, WI 53708-8487

CNH Industrial Capital America
LLC Att: Current Officer
5729 Washington Ave
Racine, WI 53406-4017

CNH Industrial Capital America LLC
P.O. Box 63048
Newark, NJ 07101-8065

Capital One
Att: Current Officer
P.O. Box 6492
Carol Stream, IL 60197-6492

Capital One ECI
Att: Current Officer
P.O. Box 6492
Carol Stream, IL 60197-6492

Cintas Corporation
Att: Corporation Service Company
33 East Main Street Suite 610
Madison, WI 53703-4655

Cintas Corporation
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Compass Properties
Att: Current Officer
4501 State Highway 66
Stevens Point, WI 54482-8412

Corcentric, LLC,
Att: Current Officer
62861 Collections Center Dr
Chicago, IL 60693-0001

Daimiler Truck Financial Services, LLC
Att: Current Officer
P.O. Box 4161
Carol Stream, IL 60197-4161

Daimler Truck Financial Services USA LLC
Stephen B. Grow
Warner Norcross + Judd LLP
700 Terrace Point Road, Suite 350
Muskegon, MI 49440-1159

Daimler Truck Financial Services, LLC
Att: Current Officer
P.O. Box 4161
Carol Stream, IL 60197-4161

David J. Jencks, Esq.
121 N. Egan Ave.
Madison, SD 57042-2840

De Lage Landen Financial Service, Inc.
Att: Current Officer
P.O. Box 825736
Philadelphia, PA 19182-5736

De Lage Landen Financial Services, Inc.
c/o Fox Rothschild LLP
Attn:  Matt Higgins, Esq.
321 N. Clark Street, Suite 1600
Chicago, IL 60654-4614

Deere & Company
Att: Current Officer
6400 NW 68th St
Johnston, IA 50131

(p)DEERE CREDIT SERVICES  INC
ATTN LITIGATION & RECOVERY DEPARTMENT
PO BOX 6600
JOHNSTON IA 50131-6600

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

EAA, Inc.
6991 State Road 76
Neenah, WI 54956-9631

ECI, Inc.
Att: Current Officer
6991 State Road 76
Neenah, WI 54956-9631

EFS Transportation Services, Inc.
Att: Current Officer
2525 Horizon Lake Dr, Suite 120
Memphis, TN 38133-8119

EMH of Larsen, Inc.
6991 State Road 76
Neenah, WI 54956-9631

EMH of Larsen, Inc.
Att: Current Officer
6991 State Road 76
Neenah, WI 54956-9631

EMH of Larson, Inc.
6991 State Road 76
Neenah, WI 54956-9631

(p)EO JOHNSON
8400 STEWART AVE
WAUSAU WI 54401-9047

Ecklund International, Inc.
Att: Current Officer
6991 State Road 76
Neenah, WI 54956-9631

Ecklund and Associates
Att: Current Officer
6991 State Road 76
Neenah, WI 54956-9631

Equify Financial
Att: Current Officer
777 Main St, Suite 3900
Fort Worth, TX 76102-5343

Equify Financial, LLC
c/o Christopher Combest
Quarles & Brady LLP
155 North Wacker Drive, Suite 3200
Chicago, IL 60606-1731

Estate of Lana Eckland
6991 State Road 76
Neenah, WI 54956-9631

Estate of Lana Ecklund
6991 State Road 76
Neenah, WI 54956-9631

FP Manning Solutions
Att: Current Officers
P.O. Box 157,
Bedford Park, IL 60499-0157

(p)FARM CREDIT SERVICES OF AMERICA
PO BOX 2409
OMAHA NE 68103-2409

Fifth Third Bank
Att: Current Officer
P.O. Box 674
Wilmington, OH 45177-0674

Fifth Third Bank N.A.
PO Box 9013
Addison, Texas 75001-9013

Financial Pacific Leasing
Att: Current Officer
P.O. Box 848779
Los Angeles, CA 90084-8779

Financial Pacific Leasing, Inc.
3455 South 344th Way, Suite 300
Federal Way, Washington 98001-9546

Financial Pacific Leasing, Inc.
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

Fleet Charge
Att: Current Officer
P.O. Box 844429
Dallas, TX 75284-4429

GM Financial
Att: Current Officer
P.O. Box 1510
Cockeysville, MD 21030-7510

GM Financial Leasing
Att: Current Officer
P.O. Box 78143
Phoenix, AZ 85062-8143

Godfrey & Kahn, S.C.
Att: Attorney Nicholas Hahn
833 E. Michigan Street, Suite 1800
Milwaukee, WI 53202-5621

Godrey & Kahn, S.C.
Att: Nicholas Hahn
833 E. Michigan St.,St #1800
Milwaukee, WI 53202-5621

Honkamp, P.C.
Att: Current Officer
2345 John F Kennedy Rd,
Dubuque, IA 52002-2835

Huntington Distribution Finance, Inc.
Att: Current Officer
1475 E. Woodfield Dr, Suite 1000
Schaumburg, IL 60173-4903

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.s/b/m/t Chase
Bank USA, N.A, Robertson,Anschutz,
Schneid,Crane & Partners, PLLC, 6409
Congress Ave,STE 100 Boca Raton,FL 33487

Judy Schraufnagel
726 Ethel St
Wausau, WI 54403-7030

Justin M. Mertz
790 North Water Street
Suite 2500
Milwaukee, WI 53202-0018

KLE Equipment Leasing, LLC
Att: Current Officer
6691 State Road 76
Neenah, WI 54956

Keith Stoney
N5871 Axen Rd
Gleason, WI 54435-9776

Kirk Ecklund
3045 Rose Moon Way
Neenah, WI 54956-9064

Lana R. Ecklund
5888 Harbour South
Winneconne, WI 54986-8648

MASS DEPT OF REVENUE ATTN: BANKRUPTCY UNIT
PO BOX 7090
BOSTON, MA 02204-7090

Marco, Inc.,
Att: Current Officer
P.O. Box 1450
Minneapolis, MN 55485-1450

Maslon LLP
Att: Current Officer
3300 Wells Fargo Center
90 S. Seventh St
Minneapolis, MN 55402-7508

Matejcek Implement Company Inc.
Att: Current Officer
3040 HWY 60 W
Faribault, MN 55021-7899

Michelin North
Att: Current Officer
P.O. Box 100860,
Atlanta, GA 30384-0860

Midland States Bank c/o Orion First
Attorney Kimberly P. Sebranek
Laffey, Sebranek, Auby & Ristau S.C.
2 E. Mifflin St., Suite 701
Madison, WI 53703-4271

Midland States Bank, c/o Orion First
P.O. Box 2149
Gig Harbor, WA 98335-4149

(p)MITSUBISHI HC CAPITAL AMERICA  INC
1 PIERCE PLACE SUITE 1100 WEST
ITASCA IL 60143-3149

Mitsubishi HC Capital America,Inc.
Kent Carter/Gordon Rees
One North Wacker Dr., Ste. 1600
One North Wacker Drive
Chicago, IL 60606-2807

Network Professionals
Att: Current Officer
117 S. 17th Ave, Suite B
Wausau, WI 54401-4228

Nicolet National Bank
Att: Current Officer
P.O. Box 1300
Green Bay, WI 54305-1300

North Mill Equipment Finance, LLC
Orion First c/o Atty Kimberly P Sebranek
Laffey, Sebranek, Auby & Ristau, S.C.
2 E. Mifflin St. Suite 701
Madison, WI 53703-4271

(p)NORTH SHORE BANK
ATTENTION 5TH FLOOR COLLECTIONS DEPT
15700 W BLUEMOUND ROAD
BROOKFIELD WI 53005-6073

Northcentral Utility LLC
Att: Current Officer
P.O. Box 8487
Madison, WI 53708-8487

Office of the U. S. Trustee
517 East Wisconsin Ave.
Room 430
Milwaukee, WI 53202-4510

Olson Equipment Leasing
Att: Current Officer
N145 Country Road W
Merrill, WI 54452

PNC Bank, National Association
444 N Michigan Ave.
Suite 3270
Chicago, IL 60611-3906

Packer City International Trucks Inc.
Att: Current Officer
2940 N. Victory Ln
Appleton, WI 54913-7987

Pathward, National Association
Att: Current Officer
4068 Rural Plains Circle, Ste 300
Franklin, TN 37064-1964

Peoplenet Communications Corp
Att: Current Officer
P.O. Box 203673
Dallas, TX 75320-3673

Pitney Bowes
Att: Current Officer
33 E. Main St
Madison, WI 53703-3095

Plymouth Lubricants
Att: Current Officer
3208 Washington Ave
Sheboygan, WI 53081-6443

Postalia TDC Postage
Att: Current Officer
455 SW 5th St, Ste. C
Des Moines, IA 50309-4609

Premier Community Bank
Att: Current Officer
230 Mavis Rd,
Marion, WI 54950-9215

Premier Community Bank
Jeff Brady, Sr. VP
1273 S. Main Street
Shawano, WI 54166-3346

Prible AG Products, Inc.
Att: Current Officer
1920 W 700 S
Poneto, IN 46781-9500

Scott Freedman
457 Haddonfield Rd Suite 700
Cherry Hill, NJ 08002-2201

Siemens Financial Services Inc
Arlene N. Gelman, Esq./Vedder Price P.C.
222 N. LaSalle Street, Suite 2600
Chicago, IL 60601-1104

(p)SIEMENS FINANCIAL SERVICES INC
ATTN ATTN - STEPHANIE MITCHELL
4800 NORTH POINT PARKWAY
ALPHARETTA GA 30022-3732

Stephen B. Grow
Warner Norcross + Judd LLP
700 Terrace Point Road
Suite 350
Muskegon, MI 49440-1159

Stoughton Trailers Acceptance Company, LLC
790 North Water Street
Suite 2500
Milwaukee, WI 53202-0018

Stoughton Trailers Acceptance Corp.
Att: Current Officer
P.O. Box 689451
Chicago, IL 60695-9451

TA Operating LLC
Att: Current Officer
24601 Center Ridge Rd
Westlake, OH 44145-5677

Tamra J. Guite
Christopher M. Seelen
PO Box 187
Eau Claire WI 54702-0187

Tamra J. Guite
N1087 County Road W
Merrill, WI 54452-8631

Tanor Ecklund
3699 Oakridge Rd,
Neenah, WI 54956-9605

The Huntington National Bank
11100 Wayzata Blvd. Suite 700
Minnetonka, MN 55305-5523

The Huntington National Bank
Att: President
11100 Wayzata Blvd, Suite 700
Hopkins, MN 55305-5523

The Huntington National Bank
Att: President
1601 S. Webster Ave
Green Bay, WI 54301-2460

The Huntington National Bank
PO Box 89424
OPC856
Cleveland, OH 44101-6424

Town of Pine River
Att: Town Clerk
N1647 Deer Run Ave
Merrill, WI 54452-8816

Trenton Ecklund
7500 Center Rd
Neenah, WI 54956-7216

Trimble Transportation
Att: Current Officer
P.O. Box 203455
Dallas, TX 75320-3455

Trimble Transportation, LLC
929 Silver Lake Dr, Apt 16
Portage, WI 53901-1034

U.S. Treasury
Att: Internal Revenue Service
P.O. Box 78960
Milwaukee, WI 53278-8960

VFS Leasing Co.
Att: Current Officer
P.O. Box 26131
Greensboro, NC 27402-6131

Volvo Financial Services
Att: Current Officer
P.O. Box 7247-0236
Philadelphia, PA 19170-0001

Volvo Financial Services, a division of VFS
PO Box 26131
Greensboro, NC 27402-6131

WI DOT Motor Carrier Service Section
Att: Kristine Boardman
4822 Madison Yards Way
Madison, WI 53705-9100

WI Dept of Workforce Development
Att: Div. Unemployed
201 E. Washington Ave
P.O. Box 7946
Madison, WI 53707-7946

(p)WALLWORK FINANCIAL CORPORATION
PO BOX 628
FARGO ND 58107-0628

Wallwork Financial Corporation
c/o Dennis A. Dressler
Dressler Peters, LLC
101 W. Grand Ave., Ste. 404
Chicago, IL 60654-7129

Wausau Office Space, LLC
Att: Current Officer
500 North 3rd St, Suite 112
Wausau, WI 54403-4857

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wells Fargo Equipment Finance
Att: Current Officer
P.O. Box 78143
Phoenix, AZ 85062-8143

Wells Fargo Equipment Finance, Inc.
Attn: La Neice Brown
801 Walnut Street MAC F0006-052
Des Moines, IA 50309-3606

Wex, Inc.
Att: Current Officer
1 Hancock St
Portland, ME 04101-4217

Wisconsin Attorney General Office
Att: Legal Notice Department
P.O. Box 7857
Madison, WI 53707-7857

Wisconsin Department of Revenue
Attn: Bankrutpcy Notice Dept
819 N. 6th Street, #408
Milwaukee, WI 53203-1606

Wisconsin Dept. of Revenue
Special Procedures Unit - PO Box 8901
Madison, WI 53708-8901

Wisconsin Powersports, Inc.
Att: Current Officer
7500 Center Rd
Neenah, WI 54956-7216

Wisconsin Public Service
Att: Customer Service
P.O. Box 19001
Green Bay, WI 54307-9001

e
Att: James F. Killian
225 South Sixth St, Suite 2900
Minneapolis, MN 55402-4609

Evan Schmit
Kerkman & Dunn
839 N. Jefferson St., Ste. 400
Milwaukee, WI 53202-3744

Jerome R. Kerkman
Kerkman & Dunn
839 N. Jefferson Street
Milwaukee, WI 53202-3740

Nicholas Kerkman
Kerkman & Dunn
839 N. Jefferson St
Suite 400
Milwaukee, WI 53202-3744

Tammy and Greg Guite
Ruder Ware, L.L.S.C.
402 Graham Ave., Ste 6
P.O. Box 187
Eau Claire, WI 54702-0187

Tyler M. Jones
Kerkman & Dunn
839 N Jefferson St.
Suite #400A
Milwaukee, WI 53202-3740

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascentium Capital, LLC
Att: Current Officer
P.O. Box 11407
Birmingham, AL 35246

Deere & Company
PO Box 6600
Johnston, IA 50131

EO Johnson
Att: Current Officer
P.O. Box 629
Wausau, WI 54402

Farm Credit Services of America PCA
Att: Current Officer
P.O. Box 2409
Omaha, NE 68103

(d)John Deere Financial, f.s.b.
PO Box 6600
Johnston, IA 50131

Mitsubishi HC Capital America, Inc.
Att: Current Officer
One Pierce Place, Suite 1100
Itasca, IL 61043

North Shore Bank
Att: Current Officer
15700 W. Bluemound Rd
Brookfield, WI 53005

Siemens Financial Services, Inc.
Att: Current Officer
P.O. Box 2083
Carol Stream, IL 60132

Wallwork Financial
Att: Current Officer
401 38th St.
P.O. Box 628
Fargo, ND 58107

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1

(u)A

(u)C

(u)EMH of Larsen, Inc.
Att: Current Officer
6991 State Road 76
WI 54596

(u)Ecklund and Associates
Att: Current Officer
6991 State Road 76
WI 54596

(u)JPMorgan Chase Bank, N.A.s/b/m/t Chase Ban

(d)Network Professionals, Inc.
Att: Current Officer
117 S. 17th Ave, Suite B
Wausau, WI 54401-4228

(d)Siemens Financial Services Inc.
Arlene N. Gelman, Esq./Vedder Price P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601-1104

(d)Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

(u)d                          (u)o

End of Label Matrix
Mailable recipients    153
Bypassed recipients     11
Total                  164